

Honorable John L. Sinatra, Jr.,
United States District Court
Western District of New York
2 Niagara Square
Buffalo, NY 14202-3498

November 9th, 2023

Emeka Dominic Okongwu v. City of Buffalo, et al.
Case No. 1:23-cv-00490-JLS

_____

Dear Judge Sinatra:

As an attempt to make sure I am not seen as one who has failed to prosecute his case, I would like to respectfully remind this Honorable Court that since June 5, 2023, that I filed my civil complaint, accompanied with an in forma pauperis application, the docket has been dormant with no action or activity whatsoever.

Perhaps, at least the application to proceed in forma pauperis could be reviewed as I believe the matter could not go forward without a decision on that pending application.
Respectfully,

_Dom Ohisi_
Emeka Dominic Okongwu
Pro Se Defendant.

Emeka Dominic Okonkwo
2200 Main Street
Buffalo, NY 14214.



Case 1:23-cv-00490-JLS Document 3 Filed 11/13/23 Page 2 of 3

USDC-WDNY
NOV 13 2023
BUFFALO

23cv490

Hon. John L. Sinatra Jr.
United States District Court
Western District of New York
2 Niagara Square
Buffalo, NY 14202-3498

Hon
Uni
Wes
2

