

**CHRISTOPHER P. SCANLON**
Acting Mayor of Buffalo

**CAVETTE A. CHAMBERS**
Corporation Counsel

LAW DEPARTMENT

November 12, 2024

John L. Sinatra, Jr.
United States District Judge
Robert H. Jackson United States Courthouse
2 Niagara Square
Buffalo, New York 14202

      Re:     Emeka Dominic Okongwu v. City of Buffalo, et al.
              Docket No.: 23-CV-490 (JLS)

Your Honor,

      The City of Buffalo's Law Department will accept service on behalf of the City of Buffalo and the Buffalo Police Department. Please note that Detective Marcia Scott passed away in June of this year. We are currently working to determine the identity of Ms. Scott's Estate representative. Erie County Surrogates Court, File # 2024-2762.

      Please advise as to how the Court would like to proceed at this point.

                          Very truly yours,

                          Cavette A. Chambers
                          Corporation Counsel

             By:    Anthony C. Duddy
                    Assistant Corporation Counsel

CAC:ACD:jrp
cc:   Emeka Dominic Okongwu